**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEVIE YATES, a minor child by his Guardian Ad Litem, STEPHANIE YATES, and STEPHANIE YATES and STEPHEN YATES, | Case No. 3:07-CV-00200-LRH-RJJ |
| Plaintiffs, | **ORDER RE: REQUEST FOR CONTINUANCE OF BRIEFING SCHEDULE (FIRST REQUEST)** |
| v. | |
| WASHOE COUNTY SCHOOL DISTRICT, | |
| Defendant. | |
| WASHOE COUNTY SCHOOL DISTRICT, | |
| Cross Appellant, and Counter Claimant, | |
| v. | |
| STEVIE YATES, a minor child by his Guardian Ad Litem, STEPHANIE YATES, and STEPHANIE YATES and STEPHEN YATES, | |
| Cross Appellee, and Counter-Defendants. | |

PAGE 1 OF 2 - STIPULATION RE: REQUEST FOR CONTINUANCE (FIRST REQUEST)- YATES V. WCSD

*NEVADA DISABILITY ADVOCACY AND LAW CENTER*
*1311 N. MCCARRAN BLVD., SUITE 106*
*SPARKS, NEVADA 89431*
*TELEPHONE (775)333–7878*

It is hereby stipulated and agreed by and between the parties' respective counsel that the date currently set for filing Plaintiffs' and Defendant's Opening Appeal Briefs be continued thirty (30) days up to and including January 22, 2008.  This is the parties first request for continuance.  The reason for this request is the need for additional time for counsel to properly address the issues on appeal in the case. The parties' Opening Appeal Briefs are presently scheduled to be filed on December 20, 2007, with the parties opposition/answering briefs to follow thirty (30) days later.  Granting this request would also extend the time of filing the Opposition/Answering Brief an additional thirty (30) days, up to and including February 21, 2008.  This stipulation was reviewed by defendant's counsel Paul Anderson, Esq., on December 17, 2007.  On December 17, 2007, attorney Anderson advised plaintiffs' counsel the document was approved by defendants for filing.

**NEVADA DISABILITY ADVOCACY AND LAW CENTER**

Dated: December 18, 2007


By:    s/s
       Lynne P. Bigley, Esq.


**MAUPIN, COX, & LEGOY**

Dated: December 18, 2007


By:    s/s
       Paul Anderson, Esq.


**IT IS SO ORDERED:**

_/s/ Larry R. Hicks_

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  December 19, 2007